IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MICHAEL D GEIB

Chapter: 13

Debtor 1 | Case No.: 1-19-bk-02366-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
  vs.       Movant(s)

MICHAEL D GEIB

Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: August 15, 2022

Order Dismissing Case with Parties - Revised 9/17