# Notice Recipients

District/Off: 0314–1  User: AutoDocketer  Date Created: 8/15/2022
Case: 1:19–bk–02366–HWV  Form ID: pdf010  Total: 26

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Jack N Zaharopoulos (Trustee) | info@pamd13trustee.com |
| aty | Alicia M Sandoval | asandoval@okllp.com |
| aty | Craig A. Diehl | cdiehl@cadiehllaw.com |
| aty | Jason Brett Schwartz | JSchwartz@mesterschwartz.com |
| aty | Michael A. Trimmer | MTrimmer@cadiehllaw.com |
| aty | Nicole B. LaBletta | nlabletta@lablettawalters.com |
| aty | Nicole Bernadette LaBletta | nlabletta@pincuslaw.com |

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Michael D Geib | 863 Burnt House Road    Carlisle, PA 17015 |
| cr | Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LP    4515 N Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118 | |
| cr | Capital One Auto Finance, a division of Capital One, N.A.    4515 N Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118 | |
| 5205593 | BSI Financial Services    PO Box 517    Titusville, PA 16354 | |
| 5207895 | Capital One Auto Finance, a division of    AIS Portfolio Services, LP    4515 N Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118 | |
| 5218431 | Capital One Auto Finance, a division of Capital On    P.O. Box 4360    Houston, TX 77210 | |
| 5220693 | Capital One Bank (USA), N.A.    by American InfoSource as agent    PO Box 71083    Charlotte, NC 28272–1083 | |
| 5208038 | Cavalry Investments, LLC    500 Summit Lake Drive, Ste 400    Valhalla, NY 10595 | |
| 5211389 | Commercial Acceptance Company    2 W. Main Street    Shiremanstown, PA 17011 | |
| 5229331 | Directv, LLC    by American InfoSource as agent    PO Box 5008    Carol Stream, IL 60197–5008 | |
| 5205594 | Internal Revenue Service    Bankruptcy Section    P.O. Box 7346    Philadelphia, PA 19101–7346 | |
| 5211390 | Jefferson Capital Systems    16 Mcleland Road    Saint Cloud, MN 56303 | |
| 5211391 | Kelly, Parker & Cohen, LLP    5425 Jonestown Road #103    Harrisburg, PA 17112 | |
| 5205595 | Michael J. Clark, Esq.    KML Law Group P.C.    701 Market Street, Ste 5000    Philadelphia, PA 19106 | |
| 5205596 | Pennsylvania Department of Revenue    Bureau of Compliance    Dept. 280946    Harrisburg, PA 17108–0946 | |
| 5211973 | Secretary of Veteran's Affairs et al    c/o BSI Financial Services    314 S. Franklin Street    P.O. Box 517    Titusville, PA 16354 | |
| 5228538 | Westlake – C/O Peritus Portfolio Services    P.O. Box 141419    Irving, TX 75014 | |
| 5211392 | Westlake Customer Care    P.O. Box 76809    Los Angeles, CA 90054–0809 | |

TOTAL: 18