| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Michael D. Geib |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of Pennsylvania |
| Case number | 1:19-bk-02366-HWV |

Official Form 410S1

# Notice of Mortgage Payment Change         12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Secretary of Veteran's Affairs of Washington, D.C., his Successors and/or Assogns c/o BSI Financial Services

**Court claim no.** (if known): 4-1

**Last 4 digits** of any number you use to identify the debtor's account: 3 1 3 9

**Date of payment change:**
Must be at least 21 days after date of this notice: 06/01/2021

**New total payment:** $ 1,386.79
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 215.29          New escrow payment: $ 563.13

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $ _____          New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____          New mortgage payment: $ _____

| Debtor 1 | Michael D. Geib | | | Case number (if known) | 1:19-bk-02366-HWV |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✘ /s/ D. Anthony Sottile
Signature

Date 05/11/2021

Print: D. Anthony Sottile
       First Name    Middle Name    Last Name

Title: Authorized Agent for Creditor

Company: Sottile & Barile, LLC

Address: 394 Wards Corner Road, Suite 180
         Number          Street

Loveland                OH      45140
City                    State   ZIP Code

Contact phone: 513-444-4100

Email: bankruptcy@sottileandbarile.com



314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
800-327-7861
814-260-4159 Fax
www.bsifinancial.com

```
MICHAEL D GEIB                                      YOUR LOAN NUMBER: ████
BRENDA GEIB
863 BURNT HOUSE RD
CARLISLE            PA 17015
                                                    DATE: 05/11/21


         *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - CORRECTION ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING    06/21 THROUGH    05/22.
  ------- ANTICIPATED PAYMENTS FROM ESCROW -    06/21 THROUGH    05/22 -------
              HOMEOWNERS INS                 4047.55

           TOTAL PAYMENTS FROM ESCROW        4047.55

           MONTHLY PAYMENT TO ESCROW          337.29 (1/12TH OF ABOVE TOTAL)

  ------- ANTICIPATED ESCROW ACTIVITY -   06/21 THROUGH    05/22--------
         -ANTICIPATED PAYMENTS-                 -- ESCROW BALANCE COMPARISON --
 MONTH  TO ESCROW  FROM ESCROW   DESCRIPTION    ANTICIPATED          REQUIRED
                    ACTUAL  STARTING BALANCE       1337.39            4047.55
 JUN 21   337.29                                   1674.68            4384.84
 JUL 21   337.29      4047.55   HOMEOWNERS I ALP  -2035.58    RLP      674.58
 AUG 21   337.29                                  -1698.29            1011.87
 SEP 21   337.29                                  -1361.00            1349.16
 OCT 21   337.29                                  -1023.71            1686.45
 NOV 21   337.29                                   -686.42            2023.74
 DEC 21   337.29                                   -349.13            2361.03
 JAN 22   337.29                                    -11.84            2698.32
 FEB 22   337.29                                    325.45            3035.61
 MAR 22   337.29                                    662.74            3372.90
 APR 22   337.29                                   1000.03            3710.19
 MAY 22   337.29                                   1337.32            4047.48

  ------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
                                  Page 1
```

(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS     -2710.16.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS        0.00.

------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
```
            PRINCIPAL & INTEREST                           823.66
            ESCROW (1/12TH OF ANNUAL ANTICIPATED           337.29
                DISBURSEMENTS AS COMPUTED ABOVE)
            PLUS: OPTIONAL INSURANCE PREMIUMS                0.00
            PLUS: REPLACEMENT RESERVE OR FHA SVC CHG         0.00
            PLUS: SHORTAGE PAYMENT                         225.84
            MINUS: SURPLUS CREDIT                            0.00
            ROUNDING ADJUSTMENT                              0.00
            MINUS: BUYDOWN/ASSISTANCE PAYMENTS               0.00
```

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 06/01/21     1386.79
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      674.58.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS        674.58.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
03/18      322.16      04/18      322.16      05/18      9386.78   *
```
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
00/00      0.00                   00/00      0.00
00/00      0.00                   00/00      0.00
00/00      0.00                   00/00      0.00
```

**Licensed as Servis One, Inc. dba BSI Financial Services.**

BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA
# HARRISBURG DIVISION

| | |
|---|---|
| In Re: | Case No. 1:19-bk-02366-HWV |
| Michael D. Geib | Chapter 13 |
| Debtor. | Chief Judge Henry W. Van Eck |

## CERTIFICATE OF SERVICE

I certify that on May 11, 2021, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Craig A. Diehl, Debtor's Counsel
    cdiehl@cadiehllaw.com

    Michael A. Trimmer, Debtor's Counsel
    mtrimmer@cadiehllaw.com

    Jack N. Zaharopoulos, Chapter 13 Trustee
    info@pamd13trustee.com

    Office of the United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

I further certify that on May 11, 2021, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Michael D. Geib, Debtor
    863 Burnt House Road
    Carlisle, PA 17015

| | |
|---|---|
| Dated: May 11, 2021 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile |
| | Authorized Agent for Creditor |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |